

FILE COPY

RE: Case No. 15-0896                          DATE: 12/1/2015
    COA #: 12-14-00212-CV      TC#: CV9282
STYLE: ROBERT ROBINSON
    v. WELLS FARGO BANK, N.A.


Today the Supreme Court of Texas granted the motion for extension of time to file petition for review under TEX. R. APP. P. 53.7(f) in the above-referenced case. The petition for review is due to be filed no later than **December 16, 2015**.


MS. CATHY S. LUSK
CLERK, TWELFTH COURT OF APPEALS
1517 WEST FRONT, SUITE 354
TYLER, TX  75702